# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew D. Kadushin
Denise A. Schulman
Joseph Nussbaum

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

June 18, 2014

**VIA ECF**

Hon. Sandra J. Feuerstein
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY

      Re: *Cecil Thomas, et al. v. TXX Services, Inc. et al*
      Civil Action No.: 13-cv-2789 (SJF)(WDW)

Dear Judge Feuerstein,

      We represent the Plaintiffs, putative Collective Members, and putative Class Members in this matter ("Plaintiffs"). This confirms Plaintiffs' counsel telephone call to the Court this morning in which I requested that the telephone conference scheduled for June 20 at 11:30 a.m. be adjourned until June 24 (not June 22, as stated in our previous letter which contained a typographical error) at 11:15 a.m. This further confirms that all Parties are available on June 24 at 11:15 a.m. for a telephone conference with the Court.

      We apologize for any inconvenience or confusion the previous letter may have caused the Court and Opposing Counsel.

Respectfully submitted,

/s/ Matthew Kadushin
Matthew Kadushin

Cc: Jeffrey Pagano, Esq. VIA ECF