# CIVIL CAUSE FOR TELEPHONE STATUS CONFERENCE

## BEFORE: JUDGE FEUERSTEIN

**DATE:** June 24, 2014    **TIME:** 45 MINUTES

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y
★ JUN 2 4 2014 ★
LONG ISLAND OFFICE

**CASE NUMBER:**    2:13-cv-02789-SJF-WDW

**CASE TITLE:**    Thomas et al v. Txx Services, Inc., et al

**PLTFFS ATTY:**    Douglas Weiner & Matt Kadusion
    X present        X not present

**DEFTS ATTY:**    Ira Saxe  & Jeffrey Pagano
    X present        ___ not present

**COURT REPORTER:**

**COURTROOM DEPUTY:** Bryan Morabito

X    CASE CALLED.

_    HEARING HELD/ CONT'D TO_____.

_    ORDER ENTERED ON THE RECORD.

**OTHER:** Motion to dismiss is terminated. All Summary Judgment motion papers to be submitted by 8/6/2014. A further status conference is scheduled before Judge Feuerstein on 10/30/2014 at 11:15 am.