JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Douglas Weiner
Matthew D. Kadushin
Denise A. Schulman
Joseph Nussbaum

The Woolworth Building
233 Broadway, 5th Floor
New York, NY 10279
Phone (212) 688-5640
Fax (212) 688-2548
www.JK-LLP.com

July 8, 2014

**VIA ECF**

Magistrate Judge William D. Wall
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY

    Re: *Cecil Thomas, et al. v. TXX Services, Inc. et al*
    **Civil Action No.: 13-cv-2789 (SJF)(WDW)**

Dear Magistrate Judge Wall,

    We represent the Plaintiffs, and having conferred with Defendants' counsel, the parties submit this joint letter.

    On July 22, 2014 at 10:00 a.m., a deposition is scheduled in this case. In view of a possible strike by the employees of the Long Island Rail Road, the parties have conferred with chambers and have agreed to conduct this deposition in the Courthouse.

    We thank the Court for this courtesy.

                                              Respectfully submitted,

                                              /s/Douglas Weiner
                                              Douglas Weiner
                                              Matthew Kadushin
                                              *Attorneys for Plaintiffs*

Cc:    Jeffrey Pagano, Esq. VIA ECF
        Ira Saxe, Esq. VIA ECF
        *Attorneys for Defendants*