JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | The Woolworth Building |
| D. Maimon Kirschenbaum | 233 Broadway, 5th Floor |
| Douglas Weiner | New York, NY 10279 |
| Matthew Kadushin | Phone 212) 688-5640 |
| Denise Schulman | Fax (212) 688-2548 |
| Josef Nussbaum | www.jk-llp.com |

September 12, 2014

**VIA ECF**

Hon. Sandra J. Feuerstein

United States District Court
Eastern District of New York
Long Island Federal Courthouse
100 Federal Plaza
Central Islip, NY 11722

Re:   **Cecil Thomas and John Dean et. al. v. TXX Services Inc. et. al.**
      **Case No. 13-cv-2789**

  We represent the named and opt-in Plaintiffs in the above-captioned matter. We write in response to Defendants' letter filed earlier today. Plaintiffs do not object to Defendants' proposal to bundle and re-file the briefs, declarations and exhibits originally filed on November 5, 2013 together with Plaintiffs' September 8, 2014 supplemental submission (Dkt. No. 124) as a motion for summary judgment.

                Respectfully submitted,

                /s/ Douglas Weiner

                Douglas Weiner

cc:  Jeffery Pagano, Esq. (via ecf)
   Ira Saxe, Esq. (via ecf)