# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 22nd day of December, two thousand and sixteen.

Before:     Denny Chin,
            Susan L. Carney,
                *Circuit Judges*,
            Brian M. Cogan,
                *District Judge*.*

---

Cecil Thomas, individually and on behalf of all others similarly situated, John Dean, individually and on behalf of all others similarly situated,

    Plaintiffs - Appellants,

v.

TXX Services, Inc., Patricia Dougan Hunt,

    Defendants - Appellees.

**STATEMENT OF COSTS**

Docket No. 15-3424

---

IT IS HEREBY ORDERED that costs are taxed in the amount of $1,711.00 in favor of the Plaintiffs-Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

---

*Judge Brian M. Cogan, United States District Court for the Eastern District of New York, sitting by designation.

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/22/2016