UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
CECIL THOMAS and JOHN DEAN on behalf of
themselves and all others similarly situated,

                    Plaintiffs,

       -against-

TXX SERVICES, INC. and PATRICIA DOUGAN
HUNT,

                    Defendants.

-----------------------------------------------------------------X

**13-cv-02789-SIL**

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel in the above-captioned action for Defendants TXX Services, Inc. and Patricia Dougan Hunt and respectfully requests that all future documents and papers be served upon the undersigned.

Dated: April 28, 2017
      Riverhead, New York

Respectfully submitted,

TWOMEY, LATHAM, SHEA, KELLEY,
DUBIN & QUARTARARO, LLP
*Attorneys for Defendants*

By: _____
      Jeffrey W. Pagano

33 West Second Street
P.O. Box 9398
Riverhead, New York 11901
Tel. 631-727-2180
jpagano@suffolklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2013, I caused to be electronically filed a true and correct copy of the foregoing NOTICE OF APPEARANCE utilizing the Court's CM/ECF system, which will automatically send notice of such filing to Plaintiffs' following attorneys of record listed below:

> D. Maimon Kirschenbaum, Esq.
> Charles Joseph, Esq.
> Denise A. Schulman, Esq.
> JOSEPH & KIRSCHENBAUM LLP
> 32 Broadway
> Suite 601
> New York, New York 10004

April 28, 2017
Riverhead, New York

*[signature: Peggy Mullarl]*