## CONSENT TO JOIN

**I WANT TO JOIN THE LAWSUIT** Thomas et al. v. TXX Services, Inc. et al. which is pending in the Federal Court for the Eastern District of New York. I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit I will become a party plaintiff pursuant to the Fair Labor Standards Act. I agree to be bound by any adjudication in the lawsuit whether it is favorable or unfavorable. I understand that, by filing this form, I am voluntarily becoming a party plaintiff to this action, with the obligations and rights of a plaintiff in a case explained in this form. I desire to preserve and pursue any claims that I may have consistent with applicable law. I authorize the named Plaintiffs or Plaintiffs' attorneys to file this consent with the Clerk of Court. I hereby further authorize and designate the named Plaintiffs to act on my behalf concerning this litigation, this investigation, consideration of settlement and attorneys' fees and costs, and all other matters pertaining to this lawsuit. I understand that if I sign this form and provide it to Plaintiffs or Plaintiffs' counsel by <u>July 3, 2017</u>, I will be represented by Plaintiffs' Counsel, Joseph & Kirschenbaum LLP and will be bound by the Attorney Retainer Agreement that Plaintiffs entered into with Joseph & Kirschenbaum LLP.

Date: 05/08/17

Signature: *[signature]*

Print Name: JOSÉ A. RAMIREZ

REDACTED

REDACTED

*This information will not be filed with the Court.