| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>            U.S. MAGISTRATE JUDGE | DATE:  4/20/2018<br>TIME:   10:00 am |

CASE:  **CV 13-02789(SIL) Thomas et al v. Txx Services, Inc., et al**

TYPE OF CONFERENCE:   MOTION HEARING          FTR: 10:17-10:40

APPEARANCES:
    For Plaintiff:   Denise Schulman

    For Defendant: Jeffrey Pagano

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Plaintiff's motion to compel, DE [238], is granted for the reasons set forth on the record.  Defendants will produce the customer contracts with pricing information redacted to be maintained confidentially for the purposes of this litigation and no other purpose.
         Plaintiff's motion for a protective order, DE [239], is denied for the reasons set forth on the record.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

    10/17/2018 at 10:00 am          : Status conference

                                      SO ORDERED

                                      /s/Steven I. Locke
                                      STEVEN I. LOCKE
                                      United States Magistrate Judge