| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE: STEVEN I. LOCKE            DATE:10/17/2018
       U.S. MAGISTRATE JUDGE            TIME: 10:00 am

CASE:  **CV 13-2789(SIL) Thomas et al v. TXX Services, Inc. et al**

TYPE OF CONFERENCE:   STATUS/MOTION        FTR: 10:04-10:50

APPEARANCES:
    For Plaintiff:   Denise Schulman
                     Daniel Maimon Kirschenbaum

    For Defendant: Jeffrey Pagano
                   Ira Saxe

**THE FOLLOWING RULINGS WERE MADE:**

☒     Other: Defendants' motion to dismiss and for sanctions, DE [243], is granted in part and denied in part as follows:  Plaintiffs' Desnoes and Popocol's FLSA and New York Labor Law claims are dismissed with prejudice for the reasons set forth on the record. Defendants' motion for fees and costs is denied for the reasons set forth on the record.
    Plaintiffs' motion to compel, DE [249], is granted.  For the reasons set forth on the record the second 30(b)(6) deposition will be permitted.
    All depositions and document discovery, including requests to admit. will be completed on or before March 20, 2019.
    This is the final discovery extension.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

      3/20/2018 at 10:00 am : Status conference


                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge