| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE**<br>**MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE<br>U.S. MAGISTRATE JUDGE | DATE: 4/10/2019<br>TIME: 10:00 am |

CASE:  **CV 13-2789(SIL) Thomas v. TXX Services**

TYPE OF CONFERENCE:    STATUS/MOTION    FTR: 10:47-11:09

APPEARANCES:
  For Plaintiff:    Daniel Kirschenbaum

  For Defendant: Jeffrey Pagano
           Ira Saxe

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other:  Defendants' motion to dismiss, DE [254], is granted on consent. The parties will file a briefing schedule on or before April 17, 2019 concerning Defendants' motion for summary judgment.


                    SO ORDERED

                     /s/Steven I. Locke
                    STEVEN I. LOCKE
                    United States Magistrate Judge