| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **CIVIL CONFERENCE** |
| **EASTERN DISTRICT OF NEW YORK** | **MINUTE ORDER** |

BEFORE: STEVEN I. LOCKE                                              DATE: 4/19/21
        U.S. MAGISTRATE JUDGE                                TIME:  11:00 am

CASE:  **CV 13-2789(SIL) Thomas et al v. TXX Services, Inc. et al**

TYPE OF CONFERENCE:  STATUS                                         FTR:

APPEARANCES:
       For Plaintiff:   <u>Maimon Kirschenbaum and Denise Schulman</u>

       For Defendant: <u>Jeffrey Pagano and Ira Saxe</u>

**THE FOLLOWING RULINGS WERE MADE:**

☐    Scheduling Order entered.

☐    The court has adopted and So Ordered the joint proposed scheduling order [     ] submitted by the parties.

☐    The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒    Other: Status conference held.  Next status phone conference: July 19, 2021 at 11:00am. This matter is stayed pending the outcome of any mediation conducted prior to the next conference. If the matter is not resolved, the parties will be prepared to address a motion for decertification at the next conference/and or filing a pretrial order.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

   <u>     7/19/21 at 11:00 am                </u>: Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

                                                           SO ORDERED

                                                           <u>/s/Steven I. Locke</u>
                                                           STEVEN I. LOCKE
                                                           United States Magistrate Judge