

**Jeffrey W. Pagano**
Partner
NY, NJ & DC BARS

**631.727.2180 x205**
**jpagano@suffolklaw.com**

33 West Second St.
P.O. Box 9398
Riverhead, NY 11901
suffolklaw.com

September 2, 2021

**VIA ECF**

The Honorable Steven I. Locke
United States Magistrate Judge
United States District Court for
the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re:    **Cecil Thomas, *et al*. v. TXX Services, Inc., *et al.***
              **U.S.D.C., E.D.N.Y. Civil Action No. 2:13-CV-02789-SIL**

Dear Magistrate Judge Locke:

    We represent Defendants TXX Services, Inc. and Patricia Hunt (collectively, "Defendants") in connection with the above-referenced action. We write, in accordance with Section 2.B of Your Honor's Individual Motion Practices, to respectfully request the postponement of the October 5, 2021, 10:30 a.m. status phone conference, originally scheduled by the Court in its April 19, 2021 Civil Conference Minute Order [Dkt. 270] and rescheduled by the Court, based on the unopposed request of Defendants, in its Electronic Order dated June 25, 2021. This prior request was made to allow the parties the opportunity to participate in mediation in an attempt to resolve this matter. Plaintiffs join in this request.

    This is the first request to reschedule the October 5, 2021 status phone conference. Good cause exists in support of this request. The parties commenced mediation before an experienced Mediator, Michael Dickstein, on August 30, 2021. While the parties did not reach an agreement that day, they agreed to continue to participate in the mediation process after an additional exchange of information, with another mediation session scheduled to be conducted on October 21, 2021. Accordingly, we respectfully request that the status phone conference be rescheduled to a date and time, at the Court's convenience, after October 21, 2021. The parties will immediately advise the Court if the mediation results in an agreement to resolve this matter

    Thank you for your consideration of this request.

                                                         Respectfully submitted,

                                                          /s/ Jeffrey W. Pagano

                                                          Jeffrey W. Pagano



September 2, 2020
Page 2

cc (via ECF):  M. Kirschenbaum, Esq.
                   D. Schulman, Esq.
                   I. Saxe, Esq.