| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 11/22/2021<br>TIME: 11:30 am |

CASE:  **CV 13-2789(SIL) Thomas et al v. TXX Services, Inc. et al**

TYPE OF CONFERENCE:  STATUS          FTR:

APPEARANCES:
　　　For Plaintiff:   Denise Schulman and Maimon Kirschenbaum

　　　For Defendant: Jeffrey Pagano and Ira Saxe

**THE FOLLOWING RULINGS WERE MADE:**

☐　　Scheduling Order entered.

☐　　The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☒　　Other: Status conference held.
　　　1. Defendants' motion to decertify the class in this action is granted by stipulation.

　　　2. Plaintiffs' request for a briefing scheduled on a motion for sanctions, as addressed in DE[274] & [275], is granted, but the schedule will be held in abeyance until the next status phone conference on February 28, 2022 at 11:00am.  Prior to that, Plaintiffs' will serve their Rule 30(b)(6) deposition notice on Defendants consistent with the discussion on the record. The deposition will take place before February 15, 2022.

　　　3. The parties will meet and confer on or before December 6, 2022 concerning the contours of what a trial in this matter may be and submit a joint letter to the Court in this regard no later than February 21, 2022.

**COURT APPEARANCES:**
The following conference(s) will be held via the Court's AT&T Conference line:

　　　2/28/22 at 11:00 am          : Status conference

**The parties should dial 1-877-336-1829 and enter access code 3002871# at the prompt**

　　　　　　　　　　　　　　　　　　SO ORDERED

　　　　　　　　　　　　　　　　　　/s/Steven I. Locke
　　　　　　　　　　　　　　　　　　STEVEN I. LOCKE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge